IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CV514 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY D. WACHHOLTZ, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Upon Plaintiff's Motion for Dismissal, filing no. 10,

IT IS HEREBY ORDERED that Plaintiff's motion is granted, and the Complaint is

dismissed without prejudice.

DATED this 13th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE